UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSUE PAGUADA, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

    -against-

TITAN CHAIR LLC,

                    Defendant.

------------------------------------- x

ORDER

20 Civ. 9532 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the Plaintiff's notice that the parties have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. Plaintiff shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: April 7, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge